UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$34,525.53 in UNITED STATES FUNDS from U.S. BANK ACCOUNT No. XXXXXX5653, HELD IN THE NAME OF A2Z AUTO SALES AND FINANCIAL LLC,<br><br>Defendant. | NO. C<br><br><br>VERIFIED COMPLAINT FOR FORFEITURE IN REM |

COMES NOW, the United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Richard E. Cohen, Assistant United States Attorney for said District, and alleges:

I.

This is a complaint for the forfeiture in rem of $34,525.53 in United States funds, more or less, and all proceeds therefrom, representing all funds contained in U.S. Bank account number XXXXXX5653 ("the defendant funds"), pursuant to 31 U.S.C. § 5317(c)(2), for violations of 31 U.S.C. § 5324.

///

VERIFIED COMPLAINT FOR FORFEITURE IN REM
US v. $34,525.53 in United States Funds, et al. - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

II.

2   This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1345, and
3   28 U.S.C. § 1355.

III.

5   This Court has venue pursuant to 28 U.S.C. § 1395.

IV.

7   The defendant funds as described above are now and during the pendency of this
8   action will be in the jurisdiction of this Court.

V.

10   On December 20, 2010, the Department of Homeland Security-Immigration and
11  Customs Enforcement executed a seizure warrant seeking all funds contained in U.S.
12  Bank account number XXXXXX5653, up to $271,741.00, pursuant to 31 U.S.C.
13  § 5317(c)(2), for violations of 31 U.S.C. §5324(a)(1). On December 20, 2010,
14  $34,525.53 in U.S. funds was seized from the account.

VI.

16   The facts in support of the forfeiture of the defendant funds are as set forth in the
17  attached Affidavit of Special Agent Lindsay Wills, Immigration and Customs
18  Enforcement, which is incorporated as if fully set forth herein, and is attached hereto as
19  Exhibit "A."

VII.

21   By reason of the foregoing, the defendant currency is subject to forfeiture pursuant
22  to 31 U.S.C. § 5317(c)(2) as property involved in violations of 31 U.S.C. § 5324, or as
23  property traceable to such violations..
24  ///
25  ///
26  ///
27  ///
28  ///

VERIFIED COMPLAINT FOR FORFEITURE IN REM
US v. $34,525.53 in United States Funds, et al. - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

WHEREFORE, the United States requests that due process issue to enforce the forfeiture of the defendant funds, that due notice be given to all interested persons to appear and show cause why forfeiture of the defendant funds should not be decreed, that the defendant funds be condemned as forfeited to the United States to be disposed of according to law, and for such other and further relief as the Court may deem just and proper.

DATED this 20th day of December, 2010.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

RICHARD E. COHEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-4665
Fax:   206-553-6934
Email: Richard.E.Cohen@usdoj.gov

VERIFIED COMPLAINT FOR FORFEITURE IN REM
US v. $34,525.53 in United States Funds, et al. - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

## VERIFICATION OF COMPLAINT

STATE OF WASHINGTON   )
                     ) ss
COUNTY OF KING        )

I, Lindsay Wills, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

I am a Special Agent with the Immigration and Customs Enforcement and am assigned to this case. I have read the attached Complaint and know the contents thereof; I have furnished the information contained in the Complaint based upon my own investigation and that of other reliable official Government sources; and, based on information and belief, the allegations contained in the Complaint are true.

*[signature]*
Lindsay Wills
Immigration and Customs Enforcement

SUBSCRIBED and SWORN to before me this 20th day of December, 2010, by Lindsay Wills.

**MEGAN SEABORN**
STATE OF WASHINGTON
**NOTARY PUBLIC**
MY COMMISSION EXPIRES
05-23-14

Print: Megan Seaborn
Notary Public in and for the
State of Washington, residing
at Seattle, WA
Expires: 5/23/14

VERIFIED COMPLAINT FOR FORFEITURE IN REM
US v. $34,525.53 in United States Funds, et al. - 4

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970