The Honorable James L. Robart

FILED ——ENTERED
LODGED ——RECEIVED

SEP 21 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON      DEPUTY

10-CV-02041-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$34,525.53 in UNITED STATES FUNDS plus an additional $19,047.61 in UNITED STATES FUNDS from U.S. BANK ACCOUNT No. XXXXXX5653, HELD IN THE NAME OF A2Z AUTO SALES AND FINANCIAL LLC,<br><br>Defendant. | NO. C10-02041JLR<br><br>DEFAULT JUDGMENT OF FORFEITURE |

Plaintiff, United States of America, filed its Verified Complaint for Forfeiture In Rem on December 20, 2010, for the defendant property, $34,525.53 in United States funds plus an additional $19,047.61 in United States Funds from U.S. Bank account number XXXXXX5653, held in the name of A2Z Auto Sales and Financial LLC brought pursuant to Title 31, United States Code, Section 5317(c)(2).

On February 7, 2011, Plaintiff, United States of America filed an Amended Complaint for Forfeiture in rem pursuant to Title 31, United States Code, Section 5317(c)(2), for the forfeiture of $34,525.53 in United States funds plus an additional $19,047.61 in United States funds from U.S. Bank account number XXXXXX5653 held in the name of A2Z Auto Sales and Financial LLC.

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1       On December 21, 2010, personal service was effected on Ali Alimadadian and
2   Aleksandre Bogolyubov who are the co-owners of A2Z Auto Sales. The return receipt
3   indicates delivery was made on December 22, 2011. All potential claimants were served a
4   Verified Complaint for Forfeiture In Rem; Notice of Complaint In Rem; and Warrant of
5   Arrest In Rem.
6       On February 18, 2011, personal service of the Amended Verified Complaint was
7   effected on Ali Alimadadian and Aleksandre Bogolyubov. The return receipt indicates
8   delivery was made on February 19, 2011. All potential claimants were served an
9   Amended Verified Complaint for Forfeiture In Rem; Notice of Amended Complaint for
10  Forfeiture In Rem, and Amended Warrant of Arrest In Rem.
11      On March 4, 2011, a notice of claim was filed by Ali Alimadadian, through his
12  counsel, Robert Chadwell. *See* docket #13. On March 24, 2011, Ali Alimadadian filed an
13  answer to the Amended Complaint. *See* docket #17.
14      On July 6, 2011, Claimant Ali Alimadadian filed a notice of withdrawal of claim.
15  *See* docket #18.
16      Notice of the forfeiture action was published on an official government site
17  (www.forfeiture.gov) for at least 30 consecutive days, beginning February 9, 2011. All
18  interested persons were advised to file their claims pursuant to Supplemental Rule G(5) of
19  the Federal Rules of Civil Procedure with the Clerk of the Court within sixty (60) days
20  after the first date of publication and to serve their Answers to the Complaint within
21  twenty (20) days after filing a claim.
22      More than thirty-five (35) days have elapsed since all possible claimants were
23  served with the Verified Complaint for Forfeiture In Rem and related documents. In
24  addition, more than thirty (30) days have elapsed since the date of notice of this action
25  was last published.
26      No other parties have filed claims and the time allowed for filing of such claims
27  has expired.
28  //

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    Now, therefore, on motion of the Plaintiff, the United States of America, for a

2  Default Judgment of Forfeiture, it is hereby

3  ORDERED, ADJUDGED and DECREED as follows:

4      1.      This Court has jurisdiction over this action under Title 28, United States

5  Code, Sections 1345 and 1355 and venue pursuant to Title 28, United States Code,

6  Section 1395.

7      2.      The defendant property, $34,525.53 in United States funds plus an

8  additional $19,047.61 in United States Funds from U.S. Bank account number

9  XXXXXX5653, held in the name of A2Z Auto Sales and Financial LLC is hereby

10  forfeited to the United States of America, and no right, title or interest in the defendant

11  funds contained in the above-identified bank accounts shall exist in any other party.

12      3.      The Department of Homeland Securities-Homeland Security Investigations

13  shall dispose of the above-described defendant properties in accordance with the law.

14    DATED this 21st day of ___Sept.___, 2011.

15

16

17    JAMES L. ROBART
      United States District Court Judge

18

19

20

21  Presented by:

22

23  RICHARD E. COHEN
    Assistant United States Attorney
24  United States Attorney's Office
25  700 Stewart Street, Suite 5220
    Seattle, Washington 98101-1271
26  Phone: 206-553-4665
    Fax:   206-553-6934
27  Email: Richard.E.Cohen@usdoj.gov

28

DEFAULT JUDGMENT OF FORFEITURE
US v. $34,525.53 in United States Funds, et al. – 3